**Order entered February 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01002-CV

**DOUGLASS WENTWORTH, Appellant**

**V.**

**LARRY WELSH, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-02448-C**

## ORDER

We **GRANT** appellee's February 11, 2014 unopposed motion for an extension of time to

file a brief.  Appellee shall file his brief on or before February 21, 2014.

/s/     ADA BROWN
         JUSTICE